**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE DYNEGY INC.<br>SHAREHOLDER LITIGATION | §<br>§<br>§ | Master Docket 4:10-cv-03145<br><br><u>CLASS ACTION</u> |
| This Document Relates to:<br>ALL ACTIONS | §<br>§<br>§ | |

## <u>AGREED MOTION TO DISMISS WITHOUT PREJUDICE</u>

Plaintiffs move to dismiss all claims against Defendants and would show the Court the following:

Plaintiffs agree to dismiss without prejudice all claims against Defendants. An agreed order of dismissal is attached.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants jointly move for dismissal of all pending claims without prejudice, and for such other and further relief as is just and reasonable.

    POWERS & FROST, LLP
    GWENDOLYN S. FROST

    */S/ GWENDOLYN S. FROST*

    GWENDOLYN S. FROST
    Texas Bar No. 07488750
    Federal Bar No. 07488750
    1221 McKinney Street, Suite 2400
    Houston, TX 77010
    Telephone: (713) 767-1555
    Facsimile: (713) 767-1799

FARUQI & FARUQI, LLP
NADEEM FARUQI
JUAN E. MONTEVERDE
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331


THE WARNER LAW FIRM
PAUL T. WARNER

*/S/ PAUL T. WARNER*
PAUL T. WARNER
Texas Bar No. 00791884
Federal Bar No. 25143
11123 McCracken Circle, Suite A
Cypress, TX 77429
Telephone: (281) 664-7777
Facsimile:  (281) 664-7774


ROBBINS UMEDA LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO
REBECCA A. PETERSON
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991


*/s/ JOSHUA LEFSHIZ*
_____
Joshua Lefshiz
Bull & Lefshiz, LLP
18 East 41st Street
New York, New York, 10017
Telephone: 212.213.6222
Fax: 212.213.9405


ATTORNEYS FOR PLAINTIFFS

- 2 -

## CERTIFICATE OF CONFERENCE

I, Gwendolyn S. Frost, am counsel of record for plaintiff Joseph Cotellessa. I hereby certify that I have conferred with counsel for all parties concerning the foregoing motion. Defendants confirmed that they are unopposed to the Agreed Motion to Dismiss Without Prejudice.

*/s/ Gwendolyn S. Frost*
Gwendolyn S. Frost

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel who are registered with this Court. All others were served a copy via U.S. mail postage prepaid.

Charles W. Schwartz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1000 Louisiana, Suite 6800
Houston, TX 77002-5026
**Counsel for defendants Bruce A. Williamson, David W. Biegler, Thomas D. Clark, Jr., Patricia A. Hammick, Howard B. Sheppard, William L. Trubeck, and Dynegy Inc.**

David D. Sterling
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
**Counsel for defendant NRG Energy Inc.,**

Kathy D. Patrick
GIBBS & BRUNS LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
**Counsel for defendants Blackstone Group L.P., Denali Parent Inc., and Denali Merger Sub Inc.**

David Bond
BOYARMILLER
4265 San Felipe, Suite 1200
Houston, TX 77002
**Counsel for defendant Victor E. Grijalva**

Daniel Gartner
GARTNER LAW FIRM, PC
Three Riverway, 18th Floor
Houston, TX 77056

BULL & LIFSHITZ, LLP
18 East 41st Street
New York, NY 10017
**Counsel for plaintiffs William and Rita Springer**

*/s/ Gwendolyn S. Frost*
Gwendolyn S. Frost