UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE DYNEGY INC. SHAREHOLDER LITIGATION | § § § | Master Docket 4:10-cv-03145<br><br><u>CLASS ACTION</u> |
| This Document Relates to:<br>ALL ACTIONS | § § § | |

### ORDER

After considering Plaintiffs Agreed Motion to Dismiss Without Prejudice in the above numbered and entitled cause, it is the opinion of this Court that Plaintiff's Agreed Motion to Dismiss is GRANTED; it is therefore,

ORDERED, ADJUDGED, AND DECREED, that Plaintiffs' claims are dismissed without prejudice in their entirety as to all Defendants.

Signed this 28th day of February, 2011

_____
Honorable Judge Presiding